## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| HARRY J. LAFFERTY; MICHAEL D. KIRN; ROBERT T. KIRN; JOHN J. ROEDELL; JOHN M. FERRIS; ROBERT F. FERRIS; AND FACOWEE ACRES, L.L.C., | : No. 478 MAL 2021 |
| Respondents | : Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : |
| THOMAS D. FERRIS, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.

    Justice Brobson did not participate in the consideration or decision of this matter.